IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and DAVID LARSEN, Revenue Officer, Internal Revenue Service,<br><br>      Petitioners,<br><br>    v.<br><br>KARLA HARMER,<br><br>      Respondent.<br>_____/ | No. 2:07-mc-00133-MCE-DAD<br><br><br><br><br>ORDER |

    The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 72-302(c)(9).

    On February 19, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 19, 2008, are adopted in full;

2. The IRS summons issued to respondent Karla Harmer is enforced; and

3. Respondent Karla Harmer is ordered to appear at the Internal Revenue Service offices at 4643 Quail Lakes Drive, Suite 102, Stockton, California 95207, before Revenue Officer David Larsen or his designated representative on the twenty-first day after the filing date of this order, or on a later date at the time set in writing by the Revenue Officer, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers, and other data demanded by the summons, the examination to continue from day to day until completed.

Dated: March 13, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE