LAWRENCE G. BROWN
Acting United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and DAVID LARSEN, Revenue Officer, Internal Revenue Service, | 2:07-mc-00133-MCE-DAD |
|---|---|
| Petitioners, | **ORDER TO SHOW CAUSE** |
| v. | Taxpayer: SIERRA TOTAL DOCUMENT MANAGEMENT |
| KARLA HARMER, | Date: Thursday, April 30, 2009<br>Time: 2:00 p.m.<br>Ctrm: 7 |
| Respondent. | Judge: Hon. Morrison C. England, Jr. |

The Court has reviewed the Petition of Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, including the declaration of Revenue Officer David Larsen, and finds as follows:

IT IS HEREBY ORDERED that Respondent, KARLA HARMER, appear before United States District Judge Morrison C. England, Jr. in Courtroom 7, 14th floor, in the United States Courthouse, 501 I Street, Sacramento, California, on Thursday, April 30, 2009, at 2:00 o'clock p.m., and that respondent show cause as follows:

1. Why monetary sanctions should not be imposed against respondent, KARLA HARMER, for her failure to comply with the Order filed on March 14, 2008, directing respondent to comply with the I.R.S. Summons issued on September 9, 2007.

///

1   RESPONDENT IS ADVISED THAT SHOULD SHE FAIL TO APPEAR AS
2   ORDERED ABOVE SHE MAY BE INVOLUNTARILY DETAINED FOR PURPOSES
3   OF SECURING HER APPEARANCE BEFORE THIS COURT.
4       The Clerk shall forward copies of this Order to the Respondent and the United
5   States Attorney.  The United States Attorney shall personally serve this Order upon
6   Respondent and file Proof of Service in that regard with the Court, not later than April 23,
7   2009.
8       IT IS SO ORDERED.

Dated: March 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE