UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, DAVID LARSEN, Revenue Officer, Internal Revenue Service | No. 2:07-mc-00133-MCE-DAD |
| Plaintiffs, | |
| v. | MEMORANDUM AND ORDER |
| KARLA HARMER, | |
| Defendant. | |

This Court is in receipt of Plaintiffs' Notice of Compliance and Request to Take Contempt Order to Show Cause Hearing Off-Calendar. Plaintiffs' Request is GRANTED. The hearing currently scheduled at 10:00 a.m. on Thursday, June 18, 2009, is hereby vacated.

IT IS SO ORDERED.

Dated: June 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1